# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700041**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JACOB B. DENNEY
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
Convening Authority: Commanding General, 3rd Marine Division,
Camp Foster, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major Timothy S. Taylor,
USMC.
For Appellant: Captain Armando A. Rodriguez-Feo, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 24 August 2017

———————————————

Before HUTCHISON, FULTON, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court